UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00248

**Scott T. Behling,**
*Plaintiff,*

v.

**Paul Kiel et al.,**
*Defendants.*

# ORDER

Plaintiff Scott T. Behling, proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate John D. Love pursuant to 28 U.S.C. § 636(b). Docs. 1, 2.

On September 17, 2021, the magistrate judge issued a report recommending that plaintiff's case be dismissed without prejudice due to plaintiff's failure to comply with the court's orders and prosecute his case. Doc. 8. On October 4, 2021, the magistrate judge granted a fourteen-day extension to object to the report. Doc. 11. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice.

*So ordered by the court on December 1, 2021.*

J. CAMPBELL BARKER
United States District Judge